FILED
2017 Jun-29  AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ERVIN WALLACE, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO.** |
| ) | |
| **ALLSTATE PROPERTY AND** ) | |
| **CASUALTY INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

Comes now the Defendant, ALLSTATE INDEMNITY COMPANY (improperly named in the Complaint as Allstate Property and Casualty Insurance Company) and files this Notice of Removal of this action from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division. As grounds thereof, Allstate shows unto the Court as follows:

## BACKGROUND OF THIS ACTION

1.      The above-entitled cause has been brought in the Circuit Court for Jefferson County, Alabama, by service of Summons and Complaint upon Allstate through CT Corporation with date of service of <u>June 1, 2017</u>, and is now pending therein. A complete copy of the lawsuit along with all State Court pleadings are

attached hereto as Exhibit "A" and are incorporated herein by reference. This case is being removed within thirty (30) days of service of the Complaint and well within one (1) year of the commencement of the action. The action was commenced by the filing of the Summons and Complaint on <u>May 19, 2017</u>.

2.      Exhibit "B" is a redacted copy of a settlement demand letter from Plaintiff's attorney where he demands settlement of $100,000.00.

3.      According to Plaintiff's Complaint, Plaintiff, Ervin Wallace, was involved in a motor vehicle accident on August 24, 2012, in Birmingham, Jefferson County, Alabama, in which he suffered injuries allegedly as the result of the fault of an underinsured motorist, Kimberly Cole. The Complaint alleges that the uninsured motorist was negligent and wanton on the occasion of the accident. Prior to the filing of this lawsuit, Plaintiff settled with the insurance carrier for the underinsured motorist. Plaintiff's Complaint seeks damages against Allstate for underinsured motorist coverage.

## THE PLAINTIFF

4.      Plaintiff is a resident citizen of the State of Alabama, Jefferson County, Alabama, and was at the time of the accident.

## THE REMOVING DEFENDANT

5.      At all times referred to in the Complaint including the date of filing of the Complaint and the date of the subject accident, Defendant, Allstate Indemnity

2

Company was a foreign corporation incorporated in the State of Illinois with its principal place of business in the State of Illinois.

## GROUNDS FOR REMOVAL

6.     This case is being removed pursuant to 28 U.S.C. §1441 et. seq., inasmuch as this action could have originally been brought in this Court pursuant to 28 U.S.C. §1332.

7.     This Notice of Removal is also timely filed because it is being submitted within thirty (30) days of service of the Complaint and well within one year from the date of commencement of the action.

8.     The amount in controversy also exceeds $75,000.00, exclusive of interest and costs.  (Please see Exhibit "B").

9.     A true and correct copy of this Notice of Removal is being served on Counsel for the Plaintiff this date.

10.     A true and correct copy of this Notice of Removal is being filed with the Clerk, Circuit Court of Jefferson County, Alabama this date.

## JURISDICTION UNDER 28 U.S.C. §1332

11.     This action could have originally been brought in this Court pursuant to 28 U.S.C. §1332 in that it is a civil action wherein the matter in controversy exceeds $75,000.00 exclusive of interest and costs and there is diversity of citizenship among the parties.

12.     Complete diversity exists as between Plaintiff and the Defendant.

13.     Defendant by virtue of filing this Notice of Removal does not waive any defenses or objections available to it under the law.

14.     Allstate is the sole Defendant.  Thus, no joinder and the consent to removal is not required.

15.     This suit is removed to this Court, under and by virtue of the Acts of Congress of the United States, and the Defendant is desirous of removing said cause to this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the above-entitled cause be removed to the United States District Court for the Northern District of Alabama, Southern Division, according to the statutes and such case law made and provided.

Respectfully submitted,

*/s/ M. Keith Gann*
M. Keith Gann
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, Alabama   35223-2484
Telephone:  (205) 251-1193
Facsimile: (205) 251-1256
kgann@huielaw.com

**Attorney for Defendant,**
**ALLSTATE INDMENITY COMPANY.**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing **NOTICE OF REMOVAL** has been electronically served upon:

Frank S. Buck, Esq.
Rachel C. Buck, Esq.
J. Brooks Leach, Esq.
Lindsay A. Nadeau, Esq.
FRANK S. BUCK, P.C.
2160 – 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 35255

on **June 28, 2017.**

_/s/ M. Keith Gann_
Of counsel

# Exhibit "A"

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2017-902061.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**ERVIN WALLACE V. ALLSTATE PROPERTY CASUALTY COMPANY**

**NOTICE TO:** ALLSTATE PROPERTY CASUALTY COMPANY, 2 N. JACKSON STREET STE, 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LINDSAY ANN NADEAU

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2160 14th Ave South, Birmingham, AL 35255

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERVIN WALLACE
pursuant to the Alabama Rules of the Civil Procedure.                          *[Name(s)]*

| 5/19/2017 1:40:02 PM | /s/ ANNE-MARIE ADAMS | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ LINDSAY ANN NADEAU

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____

*(Address of Server)*

| _____ | _____ | |
| --- | --- | --- |
| *(Type of Process Server)* | *(Server's Signature)* | |

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

ELECTRONICALLY FILED
5/19/2017 1:39 PM
01-CV-2017-902061.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**

| | | |
|---|---|---|
| **ERVIN WALLACE, an individual** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action Number:** |
| **vs.** | ) | |
| | ) | |
| **ALLSTATE PROPERTY AND** | ) | |
| **CASUALTY INSURANCE COMPANY,** | ) | |
| **a foreign corporation;** | ) | |
| | ) | |

There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership any and all types of corporations and unincorporated associations. The symbol by which these parties Defendants are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterizations of the symbol applies to more than one "entity". In the present action, the party Defendants whom the Plaintiff must include by descriptive characterization are as follows:

No. 1, whether singular or plural, person or persons, individual or individuals, entity or entities, Plaintiff hereby intending to designate the entity known only to the Plaintiff as **AllState Property and Casualty Insurance Company**, a foreign corporation doing business in the State of Alabama.

No. 2, that person who was operating the motor vehicle, which permitted, caused or allowed a vehicle to collide with the motor vehicle occupied by Plaintiff;

No. 3, whether singular or plural, Plaintiff hereby intending to designate the driver of the motor vehicle which collided with the motor vehicle occupied by Plaintiff, thereby causing Plaintiff to be injured on the occasion made the basis of this suit;

No. 4, whether singular or plural, Plaintiff hereby intending to designate the owner of the motor vehicle that collided with the motor vehicle occupied by Plaintiff on the occasion made the basis of this suit;

No.5, whether singular or plural, that entity or those entities who or which agreed to insure the motor vehicle occupied by Plaintiff as provided in an automobile insurance policy, such protection including, but not limited to protection against an uninsured or underinsured motorist;

No. 6, whether singular or plural, that entity or those entities who or which afforded any insurance coverage to either the driver or the owner of the motor vehicle which collided with the motor vehicle occupied by Plaintiff on the occasion made the basis of this suit;

No. 7, whether singular or plural, that entity or those entities who or which provided maintenance, repair and/or upkeep on the motor vehicle which collided with the motor vehicle occupied by Plaintiff on the occasion made the basis of this suit;

No. 8, whether singular or plural, that entity or those entities who or which manufactured and/or distributed the motor vehicle, or any of the component parts thereof, which collided

with the motor vehicle occupied by Plaintiff on the occasion made the basis of this suit;

No. 9, whether singular or plural, that entity or entities for whom the driver of the motor vehicle which collided with the motor vehicle occupied by the Plaintiff at the time of this collision was performing some type of service or employment duty;

No. 10, whether singular or plural, that entity or entities who or which negligently entrusted the automobile to the driver of the motor vehicle which collided with the motor vehicle occupied by the Plaintiff at the time of this collision;

No. 11, whether singular or plural, that entity or entities who or which designed, manufactured, constructed, modified, programmed and/or installed the traffic light system located at the intersection where said collision occurred;

No. 12, whether singular or plural, that entity or those entities who or which performed any maintenance, repairs, or inspections of the traffic light system located at the intersection where said collision occurred;

No. 13, whether singular or plural, that entity or those entities who or which provided any insurance coverage, or whatever kind or character of any of the named or fictitious Defendant/s listed herein;

No. 14, whether singular or plural, that entity or those entities who manufactured, sold, distributed or provided alcohol, prescription drugs, non prescription drugs, illegal drugs or otherwise any other substance to any of the named or fictitious Defendants (#1-15) listed herein who may be liable for damages to the Plaintiff; and

No. 15, whether singular or plural, that entity or those entities, other than those entities described herein, which is the successor in interest of any such entities described herein;

Plaintiff avers that the identities of the fictitious party Defendant (#1-15) herein is otherwise unknown to Plaintiff at this time or, if their names are known to Plaintiff, their identities as proper party Defendants are not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained,                                )
                                                                                                                        )
**DEFENDANT(S).**                                                                )

## COMPLAINT

### PARTIES

COMES NOW the Plaintiff, by and through his attorneys, Frank S. Buck, J. Brooks Leach, Lindsay Nadeau and represent unto this Honorable Court the following:

1.      The Plaintiff, **Ervin Wallace**, is over the age of nineteen (19) years and is a resident citizen of the City of Birmingham, County of Jefferson, State of Alabama.

2.      The Defendant, **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**, is a foreign Corporation licensed to do business in the State of Alabama.  Defendant is licensed and authorized to conduct business as an insurer in the State of Alabama.

## COUNT ONE

### NEGLIGENCE

3.      Plaintiff adopts by reference the factual allegations contained in the foregoing paragraphs of this Complaint as if the same were set forth at this point *in extenso*.

4.      On or about the 24th day of August, 2012, the Plaintiff, Ervin Wallace, was the driver of a 2002 Lincoln Town Car (VIN# 1LNHM85W92Y660783, AL License Tag Number: AM20272) upon a public roadway, to-wit: U.S. Highway 280 at the intersection of Grandview Parkway and Perimeter Park South in the City of Birmingham, County of Jefferson, State of Alabama.

5.      At the aforesaid time and place, the Kimberly Cole, an underinsured motorist, and those Defendant/s designated as fictitious parties (#1-15), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), so negligently permitted, allowed, or caused a 2011 Chevrolet Cruize (VIN# 2GNALBEK9C1266909, AL Tag Number: 59C35TD) to collide with the 2002 Lincoln Town Car (VIN# 1LNHM85W92Y660783, AL License Tag Number: AM20272) occupied by Plaintiff.

6.      As a direct and proximate consequence of the negligence of the above referenced underinsured motorist and those Defendant/s designated as fictitious parties (#1-15), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), the Plaintiff, Ervin Wallace, was caused to suffer the following injuries and damages:

> a. Plaintiff was caused to suffer physical pain, suffering and mental anguish;
> b. Plaintiff was caused to seek medical treatment and was prevented from going about his normal activities;

c.  Plaintiff was caused to incur medical expenses to treat and cure his injuries;

d.  Plaintiff was caused to suffer bruises and contusions to his body;

e.  Plaintiff was caused to lose the use of his vehicle;

f.  Plaintiff was caused to be permanently injured and suffer permanent physical impairment.

7.      Plaintiff avers that the negligent conduct of the Defendant/s combined and concurred to proximately cause the injuries and damages as set out above.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands Judgment against all Defendant/s, whether named or fictitiously described, (#1-15) for compensatory and punitive damages in an amount that the Plaintiff would legally and justifiably be entitled to recover as determined by the trier of fact, plus interest and costs.

## COUNT TWO

### WANTONNESS

8.      Plaintiff adopts by reference the factual allegations contained in the foregoing Count of this Complaint as if the same were set forth at this point *in extenso*.

9.      At the aforesaid time and place, the underinsured motorist Kimberly Cole, and those Defendant/s designated as fictitious parties (#1-15), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), wantonly permitted, allowed, or caused a 2011 Chevrolet Cruize (VIN# 2GNALBEK9C1266909, AL Tag Number: 59C35TD) to collide with the 2002 Lincoln Town Car (VIN# 1LNHM85W92Y660783, AL License Tag Number: AM20272) occupied by Plaintiff.

10.     Plaintiff avers that the wanton conduct of the Defendant combined and concurred to proximately cause the injuries and damages as set out above.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands Judgment against all Defendant/s, whether named or fictitiously described, (#1-15) for

compensatory and punitive damages in an amount that the Plaintiff would legally and justifiably be entitled to recover as determined by the trier of fact, plus interest and costs.

## COUNT THREE

### UNINSURED/ UNDERINSURED

11.     Plaintiff adopts by reference the factual allegations contained in the foregoing Counts of this Complaint as if the same were set forth at this point in extenso.

12.     Plaintiff, Ervin Wallace, at the time of the motor vehicle collision, which forms the basis of this action, was insured by Allstate Property and Casualty Insurance Company.   Ervin Wallace purchased an insurance policy with Allstate Property and Casualty Insurance Company.

13.     Defendant, Allstate Property and Casualty Insurance Company is a foreign corporation, licensed and authorized to do business as an insurer in the State of Alabama.

14.     At the time of the collision referred to in this Complaint and at all times material thereto, Defendant, Allstate Property and Casualty Insurance Company, had issued an automobile policy/policies to Ervin Wallace, providing uninsured and/or underinsured coverage.

15.     Plaintiff avers that said policy provided uninsured/underinsured motorist insurance wherein the Defendant, Allstate Property and Casualty Insurance Company, agreed to pay all sums which an insured under said policy shall be legally entitled to recover as damages as the owner, and/or operator of the vehicle against an uninsured and/or an underinsured motorist.

16.     Plaintiff further avers that said policy of insurance was in full force and effect on the occasion made the basis of this suit, all premiums were paid according to the terms of said policy, and that the driver Ervin Wallace was insured under an uninsured

and/or underinsured coverage policy on said date.

17.     On or about the 24th day of August, 2012, Plaintiff was injured in a traffic collision caused by the negligence or wantonness of Kimberly Cole, who was an underinsured motorist.

18.     At all times pertinent hereto, Plaintiff, Ervin Wallace, was covered under an uninsured/underinsured insurance policy issued by Allstate Property and Casualty Insurance Company.

19.     Plaintiff submitted to Defendant a claim (Claim# 0256681746) and demand for payment of uninsured and/or underinsured motorist benefits, in compliance with the claim procedures and requirements set forth in defendant's policy.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands Judgment against all Defendant/s, whether named or fictitiously described, (#1-15) for compensatory and punitive damages in an amount that the Plaintiff would legally and justifiably be entitled to recover as determined by the trier of fact, plus interest and costs.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

Respectfully submitted,

/s/ Lindsay A. Nadeau
FRANK S. BUCK (BUC001)
RACHEL C. BUCK (BUC027)
J. BROOKS LEACH (LEA009)
LINDSAY A. NADEAU (NAD003)
Attorneys for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 35255
(205) 933-7533

**Plaintiff's Address:**
Ervin Wallace
c/o Frank S. Buck, P.C.
2160 14th Ave. South
Birmingham, AL 35205

# DEFENDANT TO BE SERVED BY CERTIFIED MAIL

**Defendant's Address:**

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
c/o C.T. CORPORATION COMPANY
2 N. Jackson Street
Ste. 605
Montgomery, AL 36104

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **ERVIN WALLACE, an individual** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action Number:** |
| **vs.** ) | |
| ) | |
| **ALLSTATE PROPERTY AND** ) | |
| **CASUALTY INSURANCE COMPANY,** ) | |
| **a foreign corporation;** ) | |
| ) | |
| **Defendant.** ) | |

### REQUEST FOR CERTIFIED MAIL

Pursuant to Rule 4.1 (c) of the Alabama Rules of Civil Procedure, I hereby request that the attached documents be served on the Defendant named above by certified mail.

DATE:  May 19, 2017

/s/ Lindsay A. Nadeau
Frank S. Buck (BUC001)
Rachel C. Buck (BUC027)
J. Brooks Leach (LEA009)
Lindsay A. Nadeau (NAD003)
Attorneys for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 35255-5089
Telephone:     (205) 933-7533
Facsimile:      (205) 933-7545



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ERVIN WALLACE V. ALLSTATE PROPERTY CASUALTY COMPANY

01-CV-2017-902061.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $6.98

Parties to be served by Certified Mail - Return Receipt Requested

ALLSTATE PROPERTY CASUALTY COMPANY                  Postage: $6.98
2 N. JACKSON STREET
STE. 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$      CV2017   902061   slc
Total Postage and Fees
$

Sent To  Allstate Property Casualty Co.
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 0530 0000 1071 7306

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ALLSTATE PROPERTY CASUALTY COMPANY
2 N. JACKSON STREET
STE. 605
MONTGOMERY, AL 36104

CV2017  902061  slc

9590 9402 2181 6193 3713 29

2. Article Number (Transfer from service label)
7017 0530 0000 1071 7306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053            Domestic Return Receipt

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Laura McHaron_ ☐ Agent ☑ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |

1. Article Addressed to:

ALLSTATE PROPERTY CASUALTY COMPANY

2 N. JACKSON STREET

STE. 605

MONTGOMERY, AL 36104

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



CV 2017 902061 slc

9590 9402 2181 6193 3713 29

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
   ...ail Restricted Delivery

☐ Priority Mail.
☐ Registered N.
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7017 0530 0000 1071 7306

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



**USPS TRACKING #**

MONTGOMERY

9590 9402 2181 6193 3713 29

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 06 2017

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

# Exhibit "B"

May. 23. 2017 9:49AM FAX 205 933 7545 Frank Buck Law Office          No. 3173   P. 2  @001/011

### FRANK S. BUCK, P.C.
ATTORNEY AT LAW
P.O. BOX 55089
2160 14TH AVENUE SOUTH
BIRMINGHAM, ALABAMA 35255-5089
TELEPHONE (205) 933-7533

**ATTORNEYS**
FRANK S. BUCK*
RACHEL C. BUCK**
J. BROOKS LEACH
DON McCULLOUGH
D. DIRK THOMAS
LINDSAY NADEAU

TAX ID: 63-0922398
FACSIMILE (205) 933-7545
*ALSO ADMITTED IN FLORIDA
** ALSO ADMITTED IN MISSISSIPPI

MAY 20, 2017

Via Fax: 866-366-8596
Betty Arcangel
Allstate
PO Box 5880
Raleigh, NC 27658 .

Re:
Your Insured:       Ervin Wallace
Date of Loss:       Full Deliverance Church
Claim Number:       8/24/2012
                    0256687146

Dear Ms. Arcangel:



We are demanding $100,000 to resolve this claim.

Sincerely,

Lindsay Nadeau

enclosure